IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES P. SMITH,

    Defendant.                               Case No. 05-CR-30057-DRH

## ORDER

**HERNDON, District Judge:**

This cause comes before the Court on Motion of the United States pursuant to Title 28, United States Code, Section 1651, on the Motion for Destruction of Firearms, Accessories, and Ammunition (Doc. 32).

    a.    My Weigh i5000 Digital Scale.

    b.    Cobray pm_11 9 mm pistol; SN: 940024856.

    c.    Smith & Wesson 4006 .40 caliber pistol; SN: vcc0055.

    d.    Ammo - live 2 partial filled boxes, .40 ammo.

    e.    Document/Indicia Expired Registration Card.

    f.    Black Boyt pistol case.

    g.    Packaging materials, blue duffle bag.

For good cause shown, the motion is **GRANTED**. It is hereby ORDERED that the firearms and associated accessories and ammunition described herein may be destroyed by law enforcement.

**IT IS SO ORDERED.**

Signed this 24th day of August, 2006.

/s/        David    RHerndon
**United States District Judge**